## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:10cv566
## [Bankruptcy Petition: 09-30793]

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **ORDER CONTINUING** |
| SCOTT LUBIN and ANGELA LUBIN, | ) | **STAY OF EXECUTION OF** |
| Debtors. | ) | **COMMITMENT** |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on a report from the Bankruptcy Trustee, Honorable John W. Taylor, Esq., concerning an email he received from the debtors. In such email, the debtors represent that they will receive their tax refund on May 23, 2011. The Bankruptcy Trustee has informed the court that the debtors have informed him that they will send payment via overnight mail and that they have requested and received the address for sending such payment. Based on a recommendation from the Trustee that such email be considered, and having considered the contents of such email as represented by the Trustee, the court will continue the stay of the Commitment Order until the close of business on Friday, May 27, 2011.

Debtors are advised that unless the contempt is purged by paying the entire amount ordered by such date, the Order of Commitment will be activated. Based on pleadings filed by the debtors, the court believes the debtors fully understand the consequences of the Order of Commitment being activated and will not repeat the previous warnings therein provided.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the **STAY** of the Order of commitment and arrest is **CONTINUED** and **ENLARGED** up to and including May 27, 2011.

The **CLERK OF THIS COURT** is respectfully instructed to send copies of this Order to: the Clerk of the Bankruptcy Court for the Western District of North Carolina; Honorable Craig Whitley, United States Bankruptcy Judge; and Honorable John W. Taylor, Esq., United States Bankruptcy Trustee.

The Clerk of Court is respectfully instructed to change debtors' address to 6021 Lauderdale St., Jupiter, Fla. 33458 ( as reflected in the United States Marshal's return of service (#4-5)),  and note their telephone number as (561) 379-3055 (as reflected in debtors' letter (#7)).

Signed: May 10, 2011

Max O. Cogburn Jr.
United States District Judge