# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:10cv566
### [Bankruptcy Petition: 09-30793]

| | |
|---|---|
| IN RE: ) | |
| ) | **ORDER WITHDRAWING** |
| SCOTT LUBIN and ANGELA LUBIN, ) | **ORDER OF COMMITMENT** |
| Debtors. ) | **COMMITMENT and** |
| ) | **RETURNING REFERENCE** |
| _____ ) | |

**THIS MATTER** is before the court on a report (#9) from the Bankruptcy Trustee, Honorable John W. Taylor, Esq., concerning a payment received by him from debtors herein on May 24, 2011. The Trustee has shown that debtors have made payment to him in the amount of $10,768.00, by way of bank check, which appears to be in full satisfaction of the amount directed by the Trustee and Ordered by the Bankruptcy Court. It further appearing that the payment has resulted in compliance with the orders of this court as well as the Bankruptcy Court, and as such has purged debtors of any civil contempt, the court will withdraw the Order of Commitment, return the reference of this matter to the Bankruptcy Court, and terminate this action.

The court and notes appreciates the debtors' prompt, remedial actions in response to the Orders of this court.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Order of Commitment is **WITHDRAWN** based on a purging of civil contempt, reference of this matter is returned to the Bankruptcy Court, and this action is **TERMINATED**.

The **CLERK OF THIS COURT** is respectfully instructed to send copies of this Order to: the Clerk of the Bankruptcy Court for the Western District of North Carolina; Honorable Craig Whitley, United States Bankruptcy Judge; and Honorable John W. Taylor, Esq., United States Bankruptcy Trustee.

Signed: June 6, 2011

Max O. Cogburn Jr.
United States District Judge